REMSEN et al. v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Ac-

tion by Charles Remsen and others against the Metropolitan Elevated Railroad Company. No opinion. Motion to resettle order granted. See 41 N. Y. Supp. 593.